DORR, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Mary B. Dorr against Randolph M. Newman, impleaded. B. Reuss, for appellant. C. L. Burr for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DORR v. NEWMAN. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Mary B. Dorr against Lisette Newman, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

DOTY v. DUCKWORTH et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Madeline Z. Doty against Anna C. Duckworth and others. No opinion. Order affirmed, with $10 costs and disbursements.

DOWNS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by William L. Downs against the Metropolitan Street Railway Company. W. R. Hill, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with costs. Order filed.

DOYLE, Respondent, v. CARNEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Martin J. Doyle, individually, etc., against Patrick H. Carney, executor, etc.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent, upon the ground that the court had no power to grant the amendment bringing in a new party to the action, and upon the further ground that, having brought in such party, the court had no right to make the certificate which granted costs against the defendant executor, for the reason that as to the new party no claim was ever presented or rejected, and could not therefore have been unreasonably resisted.

DREEBEN, Respondent, v. RANKIN, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Hyman Dreeben against William Rankin. I. Moss, for appellant. J. Manheim, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DUDLEY v. ARMENIA INS. CO. OF PITTSBURGH, PA. (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by John L. Dudley, Jr., against the Armenia Insurance Company of Pittsburgh, Pa. No opinion. Motion denied, with $10 costs. Order filed.

DUDLEY v. ARMENIA INS. CO. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by John L. Dudley against the Armenia Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

DUFFEY, Appellant, v. SULLIVAN, Respondent. (Supreme Court, Appellate Division First Department. December 7, 1906.) Action by Author F. Duffey against James E. Sullivan, as treasurer. C. P. Rogers, for appellant. B. S. Weeks, for respondent. No opinion. Appeal from decision dismissed, with $10 costs. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. Order filed.

DUKE v. STUART et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Nellie Duke against Inglis Stuart and others. No opinion. Motion granted. Settle order on notice.

DULFER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Theodore Dulfer against the Brooklyn Heights Railroad Company. No opinion. Appeal dismissed, without costs.

DURANT, Respondent, v. VILLAGE OF SOLVAY, Appellant. (Supreme Court, Appellate Division, Fourth Department, December 28, 1906.) Action by J. Durant, as, etc., against the village of Solvay. No opinion. Judgment and order affirmed, with costs.

DURKEE, Respondent, v. RETSOF MINING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Mary Y. Durkee against the Retsof Mining Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

E. C. ATKINS & CO. v. POLLARD et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by E. C. Atkins & Co. against Abner W. Pollard and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re E. C. BELL MFG. CO. (Supreme Court, Appellate Division First Department. November 5, 1906.) In the matter of the E. C. Bell Manufacturing Company. No opinion. Motion denied, with $10 costs. Order filed.

ECKSTEIN, Appellant, v. O'MEARA et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by William G. Eckstein against Elizabeth O'Meara and others. M. S. Hyman, for appellant. C. J. Hardy, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

EDMONDS, Respondent, v. STERN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Shepard N. Edmonds against Joseph W. Stern and another. D. M. Neuberger, for